Dismissed and Memorandum Opinion filed January 12, 2006









Dismissed and Memorandum Opinion filed January 12,
2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00850-CR

____________

 

MARK ALFRED
DIOGU, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
183rd District Court

Harris County,
Texas

Trial Court Cause No.
910,297

 



 

M E M O R A N D U M   O P I N I O N

A jury convicted appellant of aggravated assault with a
deadly weapon, and he was placed on community supervision for five years.  This court affirmed appellant=s conviction on direct appeal.  See Diogu v. State, No. 14-02-01068-CR
(Tex. App.CHouston [14th Dist.] 2004, pet. ref=d) (not designated for
publication).  On July 8, 2005, the trial
court granted the State=s motion to revoke appellant=s community supervision.  Appellant filed a notice of appeal on August
5, 2005.  








On December 8, 2005, this court ordered a hearing to
determine why appellant=s counsel had not filed a brief in this appeal.  On December 15, 2005, the trial court
conducted the hearing, and the record of the hearing was filed in this court on
December 28, 2005.

At the hearing, appellant, together with his counsel,
confirmed that he had discussed the issues with counsel and determined that
appellant no longer wished to pursue his appeal.

Appellant has not filed a written motion to withdraw the
appeal or a written motion to dismiss the appeal.  See Tex.
R. App. P. 42.2(a).  However,
based upon the testimony at the hearing that appellant does not want to
continue his appeal, we conclude that good cause exists to suspend the
operation of Rule 42.2(a) in this case.  See
Tex. R. App. P. 2.

Accordingly, we dismiss the appeal. 

PER CURIAM

 

Judgment rendered
and Memorandum Opinion filed January 12, 2006.

Panel consists of
Chief Justice Hedges and Justices Yates and Anderson. 

Do Not Publish C Tex. R. App. P. 47.2(b).